UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LUIS MIRANDA FLORES,

Plaintiff,

v.

TODD BLANCHE, et al.,

Defendants.

Case No. 26-cv-14604-BLF

**ORDER DENYING REQUEST FOR A TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE**

[Re: ECF No. 1]

Before the Court is a petition for writ of habeas corpus. *See* ECF No. 1 (“Pet.”). To the extent the petition seeks a temporary restraining order (“TRO”), *see* Pet. at 1 (“PETITION FOR WRIT OF HABEAS CORPUS ***AND MOTION FOR TEMPORARY RESTRAINING ORDER***” (emphases added)), that request is denied without prejudice to file a renewed request for a TRO. The current request for a TRO does not comply with the requirements of Fed. R. Civ. P. 65 nor makes a showing that preliminary relief is appropriate. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008).

**IT IS SO ORDERED.**

Dated: November 25, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California